UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00304-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK VIALPANDO,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Supervised Release Violation is set for **Thursday, October 13, 2011 at 10:00 AM** in courtroom A-1002.

    Dated:  August 30, 2011