**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.    05-cr-00304-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.  FRANK VIALPANDO,

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE AND
CONTINUING SENTENCING**

---

THIS MATTER was before the Court for a supervised release violation hearing on October 13, 2011, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision.   The defendant admits guilt to the alleged violation.

THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, finds the defendant guilty of the violation as alleged.   Accordingly, it is

ORDERED that the defendant be continued on supervised release under the same terms and conditions as previously imposed and sentencing in this matter is continued until June 25, 2012, at 10:00 a.m.   It is

FURTHER ORDERED that the parties shall contact the Court ten (10) days prior to the sentencing hearing and if the defendant has complied with the terms of his state probation in Denver County District Court Case Number 10CR3162, the violation petition

shall be withdrawn and the sentencing hearing vacated.

Dated: October 21, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE